IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| In RE: GREGORY L. WALLACE,<br><br>Plaintiff, | CV 19-76-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on 10/21/19. (Doc. 6). The Magistrate recommended the Court deny Gregory Wallace's application to proceed in forma pauperis. (Doc. 6 at 4).

Mr. Wallace is not entitled to a fourteen-day period to object to the Magistrate's recommendation. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 6) are ADOPTED IN FULL.

IT IS FURTHER ORDERED Mr. Wallace's Motion to Proceed in Forma Pauperis (Doc. 4) is DENIED.

The Clerk of Court is directed to enter judgment and close this matter if Mr. Wallace fails to pay the $400.00 filing fee within 21 days of this Order.

1

DATED this 4th day of November, 2019.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge